Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Eastern District of Kentucky**
**FILED**
JUN - 8 2022
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Paula Zelesnick
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Senator Mitch McConnell
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 2:22-CV-00076-REW
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

Plaintiff,
Paula Zelesnick
2368 Victory Parkway #10
Cincinnati, Ohio 45206

## I. The Parties to This Complaint

### A. ~~The Plaintiff(s)~~ The Defendents

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Senator Mitch McConnell |
| Street Address | Senate Russell St. 41011 |
| City and County | Washington DC 20515 |
| State and Zip Code | Senator Paul Rand |
| Telephone Number | Senate Russell Building |
| E-mail Address | Washington DC 20515 |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
Name: AA Tri County Center, Bea, Al, Bud Sauts, Gary, Steve Pierce, Tim Sloane, Tim
Job or Title (if known):
Street Address: 2031 & 2051 & Kemper Smith Rd. 45241
City and County:
State and Zip Code:
Telephone Number: 513.861.3500
E-mail Address (if known): 614.466.3555

**Defendant No. 2**
Name: Frank Delose Westinghouse
Job or Title (if known): GE Energy
Street Address: 300 Garlington Rd, GVL SC 29019
City and County:
State and Zip Code: 864.254.2000
Telephone Number: Rick.Stanley@ge.com
E-mail Address (if known): 77 S High St. #10 43215

**Defendant No. 3**
Name: GE CEO Larry Culp
Job or Title (if known): 5 Necco St. Boston MA 02210
Street Address:
City and County: Larry.Culp@ge.com
State and Zip Code: 617.523.3383
Telephone Number: info@parkstreet.org
E-mail Address (if known): info@eeoc.gov

**Defendant No. 4**
Name: FAA Anthony Cerna Jr.
Job or Title (if known): with Fr. Jamie & OLGTK
Street Address: 3223 Linwood Ave Church
City and County: Cincinnati OH 45226
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Def No. 5 Aftab Pureval, Mayor Cincy
801 Plum St. Rm 226
Cincinnati OH 45202

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Judicial review is lacking in Ohio per US Supreme Court, US Constitution. The Ohio Supreme Court and all the lower courts in Ohio, KY, Indiana, Tennessee, GA & Florida re: F35 that President Obama cancelled in 2011 and President Biden ignores EEOC, Melanie Breen &, Joe Porter

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* Paula Zelesnik, is a citizen of the State of *(name)* Ohio RG617428

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* Mitch McConnell, is a citizen of the State of *(name)* Kentucky. Or is a citizen of *(foreign nation)* Working with Singapore, Taiwan & North Korea.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, (name) **Larry Culp**, is incorporated under the laws of the State of (name) **Massachusetts**, and has its principal place of business in the State of (name) **Boston**.

Or is incorporated under the laws of (foreign nation) **USA**,

and has its principal place of business in (name) **Cincinnati, Ohio**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

*The amount of backpay @ GE since Sept 11, 2001, and doubled since all the businesses I worked for after that doubled my salary: P&W, Westinghouse, Rolls Royce, Crane Aerospace, Lear Romec, Beloon Dresser Rand Energy Dean Duke Energy*

**III.   Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**IV.   Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*I would like additional letters drawn up by Mr William D Bell Sr atty in the same venue he wrote 4 for the previous 1/2 doz times I was*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*falsely accused, framed, beaten, raped, almost murdered and falsely incarcerated to all parties including with my express wishes, that they stay the hell away from me for the rest of my life*

## V. Certification and Closing

*Paula Zelesnik*

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Berding Bunch Berkowitz Root Daneal Fuerst Yates Berry Rentz Weed Bunning*

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6·8·2022

Signature of Plaintiff: *Paula Zelesnik*
Printed Name of Plaintiff: Paula Zelesnik

### B. For Attorneys

Date of signing: n.a.

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address